**CERTIFICATE OF SERVICE**

  ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

  That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

  That on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of <u>United States</u> v. <u>Rosario</u>, S7 07 Cr. 308 (NRB), to be delivered by ECF and mail to:

  Allan Paul Haber
  Law Office of Allan P. Haber
  52 Duane Street
  New York, New York 10007

  Winston Lee, Esq.
  20 Vesey Street, Suite 400
  New York, New York 10007

  Barry A. Weinstein, Esq.
  Goldstein & Weinstein
  888 Grand Concourse
  Bronx, New York 10451

  Merrill Neil Rubin
  Merrill Rubin LLC
  551 Fifth Avenue, Suite 514
  New York, New York 10176

  Sammy Sanchez, Esq.
  30 Vesey St., Room 100
  New York, New York 10007

  Mark J. Stein, Esq.
  Simpson, Thacher & Bartlett, LLP
  425 Lexington Avenue
  New York, New York 10017

  Roger J. Schwarz
  Roger J. Schwarz, Esq.,
  555 Fifth Avenue, 14th Floor
  New York, New York 10017

    Ellyn I. Bank
    30 Vesey Street, Suite 100
    New York, New York 10007

    Roy Raymond Kulcsar, Esq.
    27 Union Square West
    New York, New York 10003

    Joseph Aaron Grob, Esq.
    382 Clinton Avenue
    Cedarhurst, New York 11516

And that on September 17, 2007, she caused one copy of a Bill of Particulars, dated September 17, 2007, in the case of United States v. Rosario, S7 07 Cr. 308 (NRB), to be delivered by mail to:

    Crisnel Y. Lopez
    367 East 163rd Street, Apt. 5B
    Bronx, New York 10451

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          September 17, 2007

                                      _____
                                      ANNA E. ARREOLA
                                      ASSISTANT UNITED STATES ATTORNEY
                                      (212) 637-2218